UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

SHAWN A. DAVIS,

       Plaintiff,                             Case No. 04-CV-74070
                                              Hon. Patrick Duggan
vs.                                                Magistrate Judge Mona Majzoub

HANNAH MARINE CORPORATION,

       Defendant.
_____/

**ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

     THIS MATTER having come before the Court upon Stipulation of the Parties, and the Court being fully advised in the premises;

     IT IS HEREBY ORDERED and ADJUDGED that the Parties Stipulation for Voluntary Dismissal be GRANTED.

                                                            S/PATRICK J. DUGGAN
                                                             United States District Court Judge

DATE: APRIL 27, 2005